UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21823-ALTONAGA/TORRES

CRYSTAL LAGOONS U.S. CORP. AND
CRYSTAL LAGOONS TECHNOLOGIES,
INC.,                                                                         **JURY TRIAL DEMANDED**

        Plaintiff,

v.

CLOWARD H2O LLC,

        Defendant.

_____

**PLAINTIFFS CRYSTAL LAGOONS U.S. CORP. AND
CRYSTAL LAGOONS TECHNOLOGIES, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies, Inc. ("Plaintiffs") by and through undersigned counsel, hereby makes the following disclosures:

    Plaintiff Crystal Lagoons Technologies, Inc., a wholly owned subsidiary of Plaintiff Crystal Lagoons U.S. Corp., is not publicly held and no publicly held corporation owns 10% or more of its stock. Plaintiff Crystal Lagoons U.S. Corp. does not have any parent corporations, and there is no publicly held corporation that owns 10% or more of its stock.

*[signature on following page]*

**LOTT & FISCHER, PL** • 255 Aragon Avenue
Third Floor • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191

Date:   June 17, 2022

Respectfully submitted,

**LOTT & FISCHER, PL**

**Ury Fischer**
Ury Fischer
Florida Bar No. 048534
E-mail:  ufischer@lottfischer.com
Giulia C. Farrior
Florida Bar No. 1011300
E-mail: gfarrior@lottfischer.com
255 Aragon Avenue,
Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

And

**MERCHANT GOULD, P.C.**
Anthony R. Zeuli*
E-mail: tzeuli@merchantgould.com
Michael A. Erbele*
E-mail: merbele@merchantgould.com
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 332-5300

Hayley M. Ostrin*
E-mail: hostrin@merchantgould.com
1900 Duke Street, Suite 600
Alexandria, VA 22314

*Attorneys for Plaintiff Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies, Inc.*

* *Admitted pro hac vice*