UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21823-CIV-ALTONAGA/Torres

**CRYSTAL LAGOONS U.S. CORP.**; *et al.*,

    Plaintiffs,

v.

**CLOWARD H2O LLC**,

    Defendant.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

By **October 31, 2022**, or within ten (10) days of Defendant appearing in this matter, ***whichever is earlier***,[2] the parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1; as well as certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 12th day of September, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Torres as interested parties unless they have an interest in the litigation.

[2] The Court understands Defendant's response to the Complaint is not due until November 7, 2022.