UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21823-CIV-ALTONAGA/Torres

**CRYSTAL LAGOONS
U.S. CORP.**, *et al.*,

    Plaintiffs,

v.

**CLOWARD H2O LLC**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Plaintiffs' Unopposed Motion to Withdraw Jan Paul Miller (pro hac vice) as Counsel of Record for Plaintiffs [ECF No. 77]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Jan Paul Miller (*pro hac vice*) is allowed to withdraw from this matter. All other counsel of record on behalf of Plaintiffs shall remain as counsel.

**DONE AND ORDERED** in Miami, Florida, this 20th day of February, 2024.

                                                                       **CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record